UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN WALKER-ABRAMS, | ) | 3:19-cv-00021-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 11, 2021 |
| BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Current Screening Order and Current Amended Civil Rights Complaint in the Instant Case – 3:19-cv-00021-MMD-WGC (as previously ordered by this Court in ECF 36" (ECF No. 37). Plaintiff states "Unfortunately, ECF No. 6 and ECF No. 7 are not the last and current amended civil rights complaint or the latest court issued screening order that is in effect for this instant case." (*Id.*)

Plaintiff's "Motion for Current Screening Order and Current Amended Civil Rights Complaint" (ECF No. 37) is **GRANTED** to the extent that Clerk of the Court is directed to send a copy of the court's Screening Order on Second Amended Complaint (ECF No. 11) and Plaintiff's Second Amended Complaint (ECF No. 10-1) in this matter to the Plaintiff.

    **IT IS SO ORDERED.**

                                          DEBRA K. KEMPI, CLERK

                                          By:  <u>    /s/                              </u>
                                                       Deputy Clerk