## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN WALKER-ABRAMS, | ) | 3:19-cv-00021-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 14, 2021 |
| BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time to Conduct and Complete Discovery (ECF No. 43).

Good cause appearing, Plaintiff's Motion for Extension of Time to Conduct and Complete Discovery (ECF No. 43) is **GRANTED**. The court establishes new deadlines relative to the Scheduling Order as follows:

| | |
|---|---|
| Deadline to complete discovery: | **October 6, 2021** |
| Deadline to file dispositive motions: | **November 5, 2021** |
| Deadline to file the Joint Pretrial Order: | **December 6, 2021** |

(if a dispositive motion is filed, the Joint Pretrial shall be due **thirty (30) days** after a decision on the dispositive motion.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
   Deputy Clerk