# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WALKER ABRAMS, | Case No.: 3:19-cv-00021-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 54 |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

Before the court is a motion filed by Plaintiff John Walker Abrams (Inmate Number 54256-019) which seeks an order of this court verifying that Mr. Abrams "is a Pro Per litigant in case 3:19-cv-00021-MMD-WGC." (ECF No. 54.) The court docket reflects that Mr. Abrams is proceeding as a "Pro-Per" litigant without counsel in this matter. He is also proceeding as a "Pro Per litigant" in another case of the United States District Court entitled John Walker, aka John Thomas Abrams, 3:19-cv-00768-MMD-WGC.[1]

Scheduling Orders regarding the parties' completed discovery (interrogatories, requests for production, requests for admissions – and appropriate responses) have been filed in both cases: ECF Nos. 36 and 44 in the 3:19-cv-21 case and ECF No. 34 in the 3:19-cv-768 case.

---

[1] Plaintiff's motion for the court order was only filed in the 3:19-cv-00021-MMD-WGC case but seeks the declaration of "Pro Per" status (more commonly referred to as "pro se") in both cases.

The Office of the Attorney General of the State of Nevada is representing the Defendants in each case.

The court requests that the Administration of USP Tucson allow Plaintiff to receive and/or review discovery attendant to these two District court cases. If the Administration of USP Tucson has any questions regarding this order, the Administration may contact the Chambers of the Honorable William G. Cobb at (775) 686-5858.

This order shall also be filed in Walker/aka Abrams, 3:19-cv-00768-MMD-WGC.

**IT IS SO ORDERED.**

Dated: September 14, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE