UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN WALKER,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:19-cv-00021-MMD-WGC<br><br>ORDER |

The third amended complaint in this case was filed on August 9, 2021. (ECF No. 47.) The Court issued a notice of intent to dismiss William Sepulveda pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by January 5, 2021. (ECF No. 70.) To date, no such proof of service has been filed. It is therefore ordered that the claims against William Sepulveda are dismissed without prejudice.

DATED THIS 6th Day of January 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE