UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WALKER-ABRAMS,<br><br>                       Plaintiff,<br><br>  v.<br><br>BACA, et al.,<br><br>                      Defendants. | 3:19-cv-0021-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 86 |

      Before the court is Plaintiff's Motion for Extension of Time to Oppose Summary Judgment (ECF No. 86). Plaintiff requests an extension to and including July 3, 2022, to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 80).

      Plaintiff's Motion for Extension of Time to Oppose Summary Judgment (ECF No. 86) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **July 5, 2022**, in which to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 80).

      **IT IS SO ORDERED.**

      DATED: June 6, 2022.

                                                  _____
                                                UNITED STATES MAGISTRATE JUDGE